James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
*Attorneys for Plaintiffs*

Jeffrey A. Leon
Paul Y. Cho
Julie Diane Miller
FREED & WEISS, LLC
111 West Washington Street, Suite 1331
Chicago, Illinois 60602
(312) 220-0000
*Attorneys for Plaintiffs*

Joseph A. Boyle
Lauri A. Mazzuchetti
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendant*
*Sprint Spectrum L.P.*

Richard J. Burke
FREED & WEISS, LLC
1010 Market Street, Suite 660
St. Louis, Missouri 63101
(314) 880-7000
*Attorneys for Plaintiffs*

Adam J. Levitt
Edmund S. Aronowitz
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
(312) 984-0000
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELBERT KIM and WENDY POLOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL,<br><br>Defendants. | Civil Action No. 2:10-cv-06334-SDW-MCA<br><br>**STIPULATION AND ORDER STAYING CASE PENDING RULING BY MDL PANEL** |

WHEREAS, plaintiffs Elbert Kim and Wendy Polos ("Plaintiffs") filed a

complaint against defendant Sprint Spectrum L.P. ("Defendant") on December 7, 2010;

WHEREAS, a motion was filed before the United States Judicial Panel on Multidistrict Litigation ("Panel") to transfer certain cases, including this case, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Motion"); the MDL Motion is fully brief and is pending before the Panel (see MDL Docket No. 2228);

WHEREAS, Plaintiffs and Defendant, in the interest of judicial economy and the convenience of the parties, agree to stay all proceedings in this action, including Defendant's time to answer, plead or otherwise respond to Plaintiffs' Complaint, until the MDL Motion is decided;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the undersigned parties that all proceedings are hereby stayed until the MDL Motion is decided, and that Defendant's time to answer, plead or otherwise respond to Plaintiffs' Complaint is extended until thirty (30) days following the Panel's ruling on the MDL Motion.

KELLEY DRYE & WARREN LLP

By: _____
        Joseph A. Boyle

*Attorneys for Defendant*
*Sprint Spectrum L.P.*

CARELLA, BYRNE, CECCHI, OLSTEIN
BRODY & ANGELLO, P.C.

By:_____
        James E. Cecchi

*Attorneys for Plaintiffs*

Jeffrey A. Leon
Paul Y. Cho
Julie Diane Miller
FREED & WEISS
111 W.Washington Street, Suite 1331
Chicago, IL 60602
(312) 220-0000
*Attorneys for Plaintiffs*

Richard J. Burke
FREED & WEISS, LLC
1010 Market Street, Suite 660
St. Louis, Missouri 63101
(314) 880-7000
*Attorneys for Plaintiffs*

Adam J. Levitt
Edmund S. Aronowitz
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
(312) 984-0000
*Attorneys for Plaintiffs*

SO ORDERED

This ___3RD___ day of ___February___ 2011

Susan D. Wigenton, U.S.D.J.